G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
TONI A. MAYS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TONI A. MAYS,<br><br>              Plaintiff,<br>vs.<br><br>PENN CREDIT CORPORATION, a foreign corporation; and DOES 1 to 10, inclusive,<br><br>              Defendants. | Case No.: 2:14-cv-04737-RGK-VBK<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff TONI A. MAYS (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

                                      RESPECTFULLY SUBMITTED,

DATED: August 06, 2014    **PRICE LAW GROUP APC**

                                    By: /s/ G. Thomas Martin, III
                                        G. Thomas Martin, III
                                        Attorney for Plaintiff